# Law Offices of Linda S. Baumann

Employees of a Subsidiary of The Hartford Financial Services Group, Inc.

50 Millstone Road
Building 300, Suite 140
East Windsor, NJ 08520

Office Telephone:
   (609) 371-1533 (East Windsor)
   (973) 526-3700 (East Hanover)
Office Facsimile:
   (877) 369-5792

*Peter M Kober, Esq.*

Admitted in New Jersey
Direct Dial: (609) 308-1089

April 30, 2013

U.S. District Court - Camden
Mitchell H. Cohen, U.S. Courthouse,
1 John F. Gerry Plaza
Camden, NJ 08101

   Re:   Yubini, Sarah L. v. Gagliardi, James III
           Docket No. 1:12-CV-02364-JEI-JS

Dear Sir/Madam:

   Enclosed please find the Stipulation of Dismissal in the above referenced matter. Please file the Stipulation and return a conformed copy to me in the self-addressed stamped envelope provided herewith.

   Thank you.

                                Very truly yours,
                                s/s *Peter M Kober*
                                Peter M Kober

cc:   Flynn & Associates, P.C.

LAW OFFICES
FLYNN & ASSOCIATES PC
2091 Springdale Rd., Ste. 2
Cherry Hill, New Jersey 08003
(856) 669-6100
Attorney for Plaintiff(s)

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2013 MAY 6 AM 11 12

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

SARA YUBINI, et al        :
                          :
         Plaintiff(s)     :
                          :
vs.                       :   Civ. Action No.:
                          :      1:12-cv-02364-JEI-JS
JAMES GAGLIARDI, III et al :
                          :
         Defendant(s)     :
                          :

STIPULATION OF DISMISSAL

The matter in difference in the above-entitled action having been amicably settled by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and with each party bearing its own fees, costs and expenses.

DATED: 4/23/13

_____
Alfred J. Falcione, Esquire
Attorney for the Plaintiffs


_____
Peter M. Kober, Esquire
Attorney for the Defendant