LAW OFFICES
FLYNN & ASSOCIATES PC
2091 Springdale Rd., Ste. 2
Cherry Hill, New Jersey 08003
(856) 669-6100
Attorney for Plaintiff(s)

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2013 MAY 6 AM 11 12

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

SARA YUBINI, et al

    Plaintiff(s)

vs.

JAMES GAGLIARDI, III et al

    Defendant(s)

Civ. Action No.:
    1:12-cv-02364-JEI-JS

STIPULATION OF DISMISSAL

The matter in difference in the above-entitled action having been amicably settled by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and with each party bearing its own fees, costs and expenses.

DATED: 4/23/13

_____
Alfred J. Falcione, Esquire
Attorney for the Plaintiffs

_____
Peter M. Kober, Esquire
Attorney for the Defendant

So Ordered: _____ 5/7/13
Joseph E. Irenas, S.U.S.D.J.

The Clerk of Court is hereby directed to close this file.